UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DARRYL B. McNEAL, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | 1:05-cv-1521-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the plaintiff take nothing by his complaint, that judgment is entered for the defendant and against the plaintiff, and that this action is **dismissed with prejudice.**

Date: 03/21/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Darryl McNeal, Reg. No. 06186-028, Federal Correctional Institution, P.O. Box 33,
    Terre Haute, IN 47808
Office of the United States Attorney, 10 West Market Street - Suite 2100, Indianapolis, IN
    46204-3048